MEMORANDUM OPINION



No. 04-08-00027-CR



T.J. Husters TOWNSEND,


Appellant



v.



The STATE of Texas,


Appellee



From the County Court at Law No. 7, Bexar County, Texas


Trial Court No. 206575


Honorable Monica E. Guerrero, Judge Presiding



PER CURIAM


Sitting: Alma L. López, Chief Justice

 Catherine Stone, Justice

 Karen Angelini, Justice


Delivered and Filed: February 27, 2008


DISMISSED FOR LACK OF JURISDICTION

 Appellant seeks to appeal the trial court's order altering and amending his conditions of
probation. This court does not have jurisdiction to consider an appeal from an order altering or
modifying the conditions of community supervision. See Basaldua v. State, 558 S.W.2d 2, 5 (Tex.
Crim. App. 1977); Quaglia v. State, 906 S.W.2d 112, 113 (Tex. App.--San Antonio 1995, no pet.). 
On January 28, 2008, we ordered appellant to show cause in writing no later than February 11, 2008,
why this appeal should not be dismissed for want of jurisdiction. Appellant did not respond to our
order. The appeal is dismissed for lack of jurisdiction.

 PER CURIAM

DO NOT PUBLISH